UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EQBAL NAJJAR,**<br>Plaintiff,<br><br>vs.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC,**<br>Defendant. | **2:26-CV-11130-TGB-KGA**<br>HON. TERRENCE G. BERG<br>HON. KIMBERLY G. ALTMAN<br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 13)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's October 15, 2026 Report and Recommendation (ECF No. 13), recommending that Defendant's Motion for Summary Judgment (ECF No. 10) be granted and the case be dismissed.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will, therefore,

accept Judge Altman's Report and Recommendation of October 15, 2026, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Altman's Report and Recommendation (ECF No. 13) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a final order and closes this case.

**SO ORDERED**.

Dated: November 13, 2026

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated: November 13, 2026

By: /s/E. Vradenburg
Case Manager

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge